# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARGARITA R. ELEGUE, | |
| Plaintiff, | Case No. 2:09-CV-00761-KJD-RJJ |
| v. | **ORDER** |
| FREMONT REORGANIZING CORPORATION, <u>et al.</u>, | |
| Defendants. | |

Currently before the Court is Defendant Quality Loan Service Corporation's ("Quality Loan") Motion for Summary Judgment (#51), filed March 16, 2010. Quality Loan filed a Notice of Failure to Timely File Opposition (#52) and a Proposed Order (#53) on the Motion on April 14, 2010 and April 17, 2010, respectively. Additionally, on July 13, 2010, Quality Loan filed a Notice of Non-Opposition (#55), indicating that Plaintiff has failed to oppose the dispositive Motion and has vacated the subject real property. (<u>See</u> #55 at 2.)

To date, Plaintiff has failed to file points and authorities in opposition to Quality Loan's dispositive Motion as provided in Local Rule 7-2. Local Rule 7-2(d) allows the Court to consider failure to file points and authorities in opposition as consent to the granting of the motion.

Additionally, the Court has reviewed Defendant's Motion, and finds it to have merit. Defendant seeks that the Court grant summary judgment pursuant to Fed. R Civ. P. 56. Specifically, Quality Loan avers that Plaintiff's remaining claims against it, for violation of N.R.S. § 107.085 and negligence fail as a matter of law.

Accordingly, **IT IS HEREBY ORDERED** that Defendant Quality Loan Service Corporation's Motion for Summary Judgment (#51) is **GRANTED** pursuant to Local Rule 7-2(d).

DATED this 14th day of July 2010.

_____
Kent J. Dawson
United States District Judge