# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MARGARITA R. ELEGUE,

    Plaintiff,

v.

FREMONT REORGANIZING CORPORATION, <u>et al.</u>,

    Defendants.

Case No. 2:09-CV-00761-KJD-RJJ

**<u>ORDER</u>**

    On August 4, 2010, the Court filed a Notice (#58) advising Plaintiff that no proper proof of service had been filed as to Defendant Mortgage Loan Specialists, Inc.  Pursuant to Fed. R. Civ. P. 4(m), a Plaintiff must serve a copy of summons and complaint upon all defendants within 120 days of the filing of the complaint.  Failure to provide notice of proper notice of service will result in dismissal of the action.

    Here, Plaintiff's Complaint was filed on December 13, 2008.  Accordingly, pursuant to Rule 4(m) service was required upon all Defendants on or before August 13, 2009.  The Court's Notice of August 4, 2010, noted that failure to file proof of proper service of a summons and complaint by September 3, 2010, would result in dismissal of the action against unserved party Mortgage Loan

Specialists, Inc.  To date, no proof of proper service of summons and complaint upon Defendant Mortgage Loan Specialists has been filed.

Accordingly, **IT IS HEREBY ORDERED** that Defendant Mortgage Loan Specialists, Inc. is **DISMISSED** without prejudice.

DATED this 28th day of October, 2010.

_____
Kent J. Dawson
United States District Judge

2