UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARGARITA R. ELEGUE, <br><br>　　　　Plaintiff, <br><br>vs. <br><br>FREMONT REORGANIZING <br>CORPORATION, *et al.*, <br><br>　　　　Defendant, | 2:09-cv-0761-KJD-RJJ <br><br><br>O R D E R |

　　This action was filed on April 29, 2009. A review of the court's file shows that the parties have failed to file a proposed Discovery Plan and Scheduling Order in compliance with the provisions of Local Rule 26-1.

　　IT IS THEREFORE ORDERED that on or before January 18, 2011, the parties shall file a proposed Discovery Plan and Scheduling Order in accordance with Rule 26-1.

　　DATED this   3d   day of January, 2011.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ROBERT J. JOHNSTON
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge